IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORETTA LILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-271-DRH |
| ) | |
| NERMIN SLJIVO and RICHARD GREER ) | |
| TRUCKING, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER REGARDING DISCOVERY**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner:

The party with the discovery dispute shall contact Robin Butler, Judge Wilkerson's courtroom deputy, at 618-482-9376, to schedule a telephonic conference call with the Court and opposing counsel. If the dispute involves written discovery, the disputed portion(s) shall be faxed to the Court, at 618-482-9277, prior to the telephonic conference. The party with the discovery dispute shall be responsible for initiating the conference call. The Court's teleconference number is 618-482-9004. Written motions to compel or legal memoranda will <u>not</u> be accepted unless specifically requested by the Court. Expense of the call will be borne by the non-prevailing party. The parties are directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/wilkersonpretrial.html, for additional information and specific procedures regarding discovery disputes. **Consult this Court's webpage BEFORE contacting chambers with questions**.

**DATED: June 28, 2006**

                                                                       s/ Donald G. Wilkerson
                                                                       **DONALD G. WILKERSON**
                                                                       **UNITED STATES MAGISTRATE JUDGE**