**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**LORETTA LILEY, Special**
**Administrator of the Estate of**
**Kasandra Garber,**

     **Plaintiff,**

   vs.                                      Cause No. 06-CV-271 DRH

**NERMIN SLJIVO and**
**RICHARD GREER TRUCKING, INC.,**

     **Defendants**.

**JUDGMENT IN A CIVIL CASE**

     The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.----------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

April 11, 2007                        By:   s/Patricia Brown
                                                    Deputy Clerk

APPROVED: /s/   David   RHerndon
              **U.S. DISTRICT JUDGE**